UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMAN PEEPLES,

      Plaintiff,

Case No. 2:19-cv-10588

HONORABLE STEPHEN J. MURPHY, III

v.

CITY OF DETROIT and
JOSHUA DAVIS,

      Defendants.
                                /

**ORDER GRANTING DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO FILE A RESPONSE [43]**

On September 4, 2020, Plaintiff moved for sanctions against Defendants for failure to produce certain pieces of evidence during discovery. ECF 42. Defendants now seek an extension of fourteen days to respond to Plaintiff's motion. ECF 43, PgID 228. The Court will grant the motion. Defendants must respond to the motion for sanctions by October 1, 2020.

**WHEREFORE**, it is hereby **ORDERED** that Defendants' motion for extension of time to file a response [43] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall **RESPOND** no later than **October 1, 2020**.

**SO ORDERED**.

                                                 s/ Stephen J. Murphy, III
                                                 STEPHEN J. MURPHY, III
                                                 United States District Judge

Dated: September 17, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 17, 2020, by electronic and/or ordinary mail.

                                         s/A. Chubb for David Parker
                                         Case Manager